# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**BERNARD MCINTYRE,**

       **Plaintiff,**

**vs.**

                                **CASE NO.:   1:16-CV-03208-WSD**

**K & C ENTERPRISE GROUP, LLC**
**D/B/A 656 SPORTS BAR & GRILL,**
**and KINA JACKSON, Individually,**

       **Defendants.**       /
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, BERNARD MCINTYRE, by and through his undersigned attorney, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), files his Notice of Voluntary Dismissal of the above-captioned action without Prejudice against all Defendants.

Dated this 11th day of May, 2017.

**/s/ ADIAN MILLER**
Adian R. Miller, Esquire
GABN:  794647
**MORGAN & MORGAN, P.A.**
191 Peachtree Street, N.E. Suite 4200
Atlanta, GA 30303
Telephone:  (404) 496-7332
Fax: (404) 496-7428
Email:  ARMiller@forthepeople.com
*Attorneys for Plaintiff*

## FONT CERTIFICATION

Pursuant to Local Rule 5.1(C) Plaintiff hereby certifies that the within and foregoing Complaint was prepared using Times New Roman, 14-point font.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**s/ ADIAN MILLER**
Adian R. Miller, Esq.